**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

**BRIAN EUGENE LABADIE,**                                    Case No. 19-55169
                                                             Chapter 13
　　　　　　　　Debtor.                                       Judge RANDON

_____/                           ORDER CONFIRMING PLAN

　　　　The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

　　　　**IT IS HEREBY ORDERED** that the Debtors' Chapter 13 Plan, as last modified, if at all, is confirmed.

　　　　**IT IS FURTHER ORDERED** that the claim of attorney for the Debtor, CHARISSA POTTS, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,500.00** in fees and **$0.00** in expenses; and that the portion of such claim which has not already been paid, to-wit: **$2,900.00** shall be paid by the Trustee as an administrative expense of this case.

　　　　**IT IS FURTHER ORDERED** that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

　　　　All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

　　　　**IT IS FURTHER ORDERED** as follows:

**(x)** MidFirst Bank shall be treated as a Class 4.1 continuing payment for the property located at 109 Walnut Street, Wyandotte, MI 48192, to be paid by the Trustee. This claim is found at **Pacer Claim No. 6.**

**(x)** MidFirst Bank shall be treated as a Class 4.2. pre-petition arrearage claim for the property located at 109 Walnut, Wyandotte, MI 48192, to be paid by the Trustee. This claim is found at **Pacer Claim No. 6.**

**(x)** Creditors rights to object to Debtor's Amended Chapter 13 Plan shall be preserved to January 23, 2020.

**(x)** Debtor's plan payment shall increase to $736.16 bi-weekly effective January 22, 2020.

| | |
|---|---|
| **/s/ Margaret Conti Schmidt** | **/s/ Charissa Potts** |
| KRISPEN S. CARROLL (P49817) | Attorney for Debtor(s) |
| MARGARET CONTI SCHMIDT (P42945) | Charissa Potts (P73247) |
| MARIA GOTSIS (P67107) | Freedom Law, PC |
| Chapter 13 Standing Trustee | Kennedy Building |
| 719 Griswold, Suite 1100 | 18121 E. Eight Mile Rd., Suite 301 |
| Detroit, MI 48226 | Eastpointe, MI 48021 |
| 313-962-5035 | 313-887-0807 |
| | info@freedomlawpc.com |

**/s/ Heather Burnard (with consent 1/21/2020)**
Heather Burnard (P66321)
Attorney for MidFirst Bank

**Signed on January 25, 2020**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**